**No. 10-8610. Mourice Neal, Petitioner v. Karen Fort Hood, et al.**

563 U.S. 1029, 131 S. Ct. 2951, 180 L. Ed. 2d 240, 2011 U.S. LEXIS 4117.

May 31, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 907, 131 S. Ct. 1790, 179 L. Ed. 2d 661, 2011 U.S. LEXIS 2483.

**No. 10-9221. Terrance D. Stradford, aka Wayne Sellers, aka Doug Stradford, Petitioner v. United States.**

563 U.S. 1029, 131 S. Ct. 2951, 180 L. Ed. 2d 240, 2011 U.S. LEXIS 4126.

May 31, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 924, 131 S. Ct. 1829, 179 L. Ed. 2d 785, 2011 U.S. LEXIS 2651.

**No. 10-9233. In re Hien Anh Dao, Petitioner.**

563 U.S. 1029, 131 S. Ct. 2951, 180 L. Ed. 2d 240, 2011 U.S. LEXIS 4093.

May 31, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 903, 131 S. Ct. 1805, 179 L. Ed. 2d 671, 2011 U.S. LEXIS 2530.

**No. 10-9461. In re Curlin Pennick, III, Petitioner.**

563 U.S. 1029, 131 S. Ct. 2952, 180 L. Ed. 2d 240, 2011 U.S. LEXIS 4109.

May 31, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 917, 131 S. Ct. 1842, 179 L. Ed. 2d 795, 2011 U.S. LEXIS 2606.

**No. 10-9721. In re Michael Doyle, Petitioner.**

563 U.S. 1029, 131 S. Ct. 2952, 180 L. Ed. 2d 240, 2011 U.S. LEXIS 4128.

May 31, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 934, 131 S. Ct. 2140, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2903.